## DAVID TAYLOR, RESPONDENT, *v.* UMATILLA COUNTY, APPELLANT.

COUNTY COMMISSIONERS — AUTHORIZED TO EMPLOY COUNSEL.—The county commissioners, setting as a board, are authorized to employ attorneys to represent the county in proceedings by or against it.

APPEAL from Umatilla county.

This was a motion to dismiss the appeal upon the ground that no sufficient notice of appeal had been served.

The notice of appeal is signed by Lucian Evarts, who certified that he was the appellant's attorney. It is not signed by the prosecuting attorney for the district which includes Umatilla county.

*Arthur Crisfield*, for the motion.

*Lucian Evarts, contra.*

By the Court, BOISE, J.:

That the board of county commissioners is authorized to employ attorneys to represent the county in proceedings to which the county is a party or where the interests of the county are involved, and that Evarts having been employed by the board of county commissioners of Umatilla county in the action, the notice of appeal signed by him as the attorney of the county is not defective on that account.

Motion overruled.